O

FILED
CLERK, U.S. DISTRICT COURT
JUN 2 4 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO MAYORGA, III,<br><br>        Plaintiff,<br><br>  vs.<br><br>OFFICER KLINE, ET AL.,<br><br>        Defendants. | CASE NO. CV 08-03687 SVW (RZ)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report to which Plaintiff has objected. The Court accepts the Report and adopts its findings and recommendations.

DATED: 6/24/09

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE