O

FILED
CLERK, U.S. DISTRICT COURT

JUN 2 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO MAYORGA, III,<br><br>    Plaintiff,<br><br> vs.<br><br>OFFICER KLINE, ET AL.,<br><br>    Defendants. | CASE NO. CV 08-03687 SVW (RZ)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the action is dismissed without prejudice.

DATED: 6/24/09

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE